# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1209**                  **September Term, 2022**

**STB-FD36522**

**Filed On: March 2, 2023** [1988308]

Norfolk Southern Railway Company,

       Petitioner

       v.

Surface Transportation Board and United States of America,

       Respondents

------------------------------

CSX Transportation, Inc.,
       Intervenor

## O R D E R

Upon consideration of petitioner's consent motion to continue oral argument, it is

**ORDERED** that the motion be granted and this case is removed from the April 20, 2023 oral argument calendar. The Clerk is directed to reschedule this case for oral argument as soon as the business of the court permits.

Arguing counsel are reminded of their obligation to promptly notify the court of any dates of unavailability to appear for oral argument. The notice should be filed as soon as possible after the briefing schedule issues and updated if a potential scheduling conflict arises later, or if there is any change in availability. See D.C. Circuit Handbook of Practice and Internal Procedures at 49 (2021)

**Per Curiam**

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk
           BY:     /s/
                                             Michael C. McGrail
                                             Deputy Clerk

# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 22-1209**                                                   **September Term, 2022**