# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

────────────

**No. 22-1209**                                    **September Term, 2022**

**STB-FD36522**

**Filed On: April 27, 2023** [1996756]

Norfolk Southern Railway Company,

      Petitioner

    v.

Surface Transportation Board and United
States of America,

      Respondents

------------------------------

CSX Transportation, Inc.,
        Intervenor

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for May 9, 2023, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioner | - | 15 Minutes |
| Respondents | - | 10 Minutes |
| Intervenor CSX Transportation, Inc. | - | 5 Minutes |

The panel considering this case will consist of Circuit Judges Henderson, Wilkins, and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by May 1, 2023.

**Per Curiam**

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:   /s/
         Michael C. McGrail
         Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)